

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the interest of S.P.M., a child,

Vs. No. 11-21-00144-CV

* From the 318th District Court
  of Midland County,
  Trial Court No. FM66016.

* January 27, 2022

* Per Curiam Memorandum Opinion
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of prosecution. Therefore, in accordance with this court's opinion, the appeal is dismissed.